UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRUCE RAFFORD,

    Plaintiff,

  v.

JOSEPH LEHMAN ,

    Defendant.

Case No. C04-5760JKA

ORDER TO SHOW CAUSE

This Civil Rights action is before the undersigned Magistrate Judge on consent pursuant to 28 U.S.C. § 636 (c)(1) (C). On April 26th, 2005 the attempt to serve defendant Lehman failed and the service packet was returned as undeliverable. It has been over 120 days since the packet was returned and there has been no activity in the case. There is nothing in the file to indicate service has been accomplished.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed pursuant to Fed. R. Civ P 4(m). Plaintiff has until **November 11th, 2005** to respond.

The Clerk is directed to send a copy of this Order to plaintiff and note the November 11th, 2005 date on the court's calendar.

DATED this 6th day of October, 2005.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge

ORDER